1  DOUGLAS R. SCHWARTZ (State Bar No. 98666)
   ROBERT J. SCOTT, Jr. (State Bar No. 151775)
2  SCHWARTZ & CERA LLP
   44 Montgomery Street, Suite 3850
3  San Francisco, California 94104
   Telephone: (415) 956-2600
4  Facsimile: (415) 438-2655

5  Attorneys for Plaintiffs
   WARREN C. HAVENS,
6  TELESAURUS VPC, LLC
   AMTS CONSORTIUM, LLC and
7  INTELLIGENT TRANSPORTATION & MONITORING WIRELESS LLC

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12 | WARREN C. HAVENS, an individual,            ) CASE NO. C 05-03638 MJJ
   | TELESAURUS VPC, LLC, a Delaware             )
13 | Limited Liability Company, AMTS             )   ORDER GRANTING
   | CONSORTIUM, LLC, a Delaware Limited         ) **NOTICE OF VOLUNTARY DISMISSAL**
14 | Liability Company, and INTELLIGENT          ) **(F.R.C.P. 41(a)(1)(i))**
   | TRANSPORTATION & MONITORING                 )
15 | WIRELESS LLC, a Delaware Limited            )
16 | Liability Company,                          )
                                                 )
17 |       Plaintiff,                            )
                                                 )
18 |   vs.                                       )
19 |                                             )
   | MOBEX NETWORK SERVICES, LLC, a              )
20 | Delaware Limited Liability Company, and     )
   | MARITIME COMMUNICATIONS/ LAND               )
21 | MOBILE, LLC, a Delaware Limited Liability   )
22 | Company,                                    )
                                                 )
23 |       Defendants.                           )
                                                 )
24

25

26        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

27        PLEASE TAKE NOTICE that plaintiffs Warren C. Havens, Telesauraus VPC, LLC,

28 AMTS Consortium, LLC, and Intelligent Transportation and Monitoring Wireless, LLC, hereby

---

1  dismiss this action, in its entirety and against all defendants, without prejudice, pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(i).
3  Dated:  October 17, 2005                    SCHWARTZ & CERA LLP
4
5
6                                              By:____/S/_____
                                                  Robert J. Scott, Jr.
7                                                 Attorneys for Plaintiffs
8
                                               WARREN C. HAVENS,
9                                              TELESAURUS VCP LLC,
                                               ATMS CONSORTIUM LLC, and
10                                             INTELLIGENT TRANSPORTATION &
                                               MONITORING WIRELESS LLC
11
12
13
14
15
        IT IS SO ORDERED,
16
17
           10/23/2005
18                                             U.S. DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28